# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN N. DOLE  
2307 EVANSTON DRIVE  
ROCKFORD, IL  61108  
SSN-xxx-xx-0696

Case Number: 03-76377

Case filed on: 12/11/2003  
Plan Confirmed on: 3/26/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,675.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 033 | ILLINOIS DEPARTMENT OF REVENUE | 530.00 | 530.00 | 530.00 | 0.00 |
|  | Total Priority | 530.00 | 530.00 | 530.00 | 0.00 |
| 999 | STEVEN N. DOLE | 0.00 | 0.00 | 210.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 210.00 | 0.00 |
| 001 | NATIONAL CITY MORTGAGE COMPANY | 7,322.25 | 7,322.25 | 7,322.25 | 0.00 |
|  | Total Secured | 7,322.25 | 7,322.25 | 7,322.25 | 0.00 |
| 002 | A M MILLER AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CENTRAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 2,724.60 | 2,724.60 | 1,009.76 | 0.00 |
| 009 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JOSEPH FANARA DPM | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | K.C.A. FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LUNDHOLM SURGICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUTAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NATIONAL CREDITORS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR GAS | 471.07 | 471.07 | 174.58 | 0.00 |
| 018 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PRM FINANCIAL SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RADIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RMH EMERGENCY DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD HEALTH SYSTEMS/ | 951.61 | 951.61 | 352.67 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SBC / AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | WINNEBAGO COUNTY CIRCUIT CLERK | 2,410.00 | 2,410.00 | 893.17 | 0.00 |
| 032 | WINSTON & MORRONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,557.28 | 6,557.28 | 2,430.18 | 0.00 |
|  | Grand Total: | 15,773.53 | 15,773.53 | 11,856.43 | 0.00 |

Total Paid Claimant:       $11,856.43  
Trustee Allowance:         $818.57  
Percent Paid Unsecured:    37.06

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan